U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| | FILE TITLE | |
| | DATE | |
| DIVISION/DISTRICT OFFICE | | |

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) *Previous editions obsolete*                Electronic Form Version Designed in JetForm 5.2 Version

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-20-2019 | 2. Case Number: GC-20-2001 | 3. File Title: HOPE-WELL PHARMACY HAGERSTOWN, LLC (EXPRESS PHARMACY) | 4. GDEP #: HAN3M |
|---|---|---|---|
| 5. Group Number: Group 38 | 6. Program Code: | 7. Date taken into DEA Custody:11-18-2019 | 8. Where obtained (Country, City, State) Hagerstown, Maryland |

**9. Basis:**
- [X] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

**10. Type:**
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [X] Other (Specify) 2 DVD

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

**11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?**
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-1 | 1 DVD containing hard copy scripts | $0.00 |
| N-2 | 1 DVD containing Patient profiles, Patient Rx Summary and Patient Rx detailed | $0.00 |

**15. If firearm, enter the following information:**

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|

Date of Firearms Trace (Attach results to this document.): _____ If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

**16. REMARKS:**

(Exhibit # N-1 - SSEE #: s001243803)(Exhibit # N-2 - SSEE #: S001243804)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Sabrina M Wynn, DI | 18a. Type/Print Name of Supervisor: /s/ Niketa G Prince, GS |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Sabrina M Wynn | Signature and Date: 11-21-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Pamela N Benn | Signature and Date: 11-21-2019 |

21. Date Entered Into ENEDS/CERTS:11-21-2019

DEA Form 7a (10/07) *(Previous editions are obsolete)*

11033071

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*

**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-20-2019 | 2. Case Number: GC-20-2001 | 3. File Title: HOPE-WELL PHARMACY HAGERSTOWN, LLC (EXPRESS PHARMACY) | | 4. GDEP #: HAN3M |
|---|---|---|---|---|
| 5. Group Number: Group 38 | 6. Program Code: | 7. Date taken into DEA Custody:11-18-2019 | 8. Where obtained (Country, City, State) Hagerstown, Maryland | |

**9. Basis:**
- ☒ Evidence
- ☐ Forfeiture
- ☐ Transfer in from Another Agency/DEA Office
- ☐ Temporary Custody
  - ☐ Safekeeping
  - ☐ Transfer to Another Agency/DEA Office

**10. Type:**
- ☐ Cash or other Monetary
- ☐ Recovered Official Advanced Funds, OAF
- ☐ Property *
  - ☐ Title III-Related
- ☒ Other (Specify) 1 Hard Drive

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

**11.** If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- ☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- ☐ No. Explain:_____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-3 | 1 Hard Drive - Image of pharmacies hard drive/server | $0.00 |

**15.** If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____  If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

**16. REMARKS:**

(Exhibit # N-3 - SSEE #: S001287398)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Sabrina M Wynn, DI | 18a. Type/Print Name of Supervisor: /s/ Niketa G Prince, GS |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Sabrina M Wynn | Signature and Date: 11-20-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Pamela N Benn | Signature and Date: 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS:11-20-2019 | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

11033074